236 So.2d 29

Elmer Emile WENDEL

v.

DIXON REAL ESTATE CO., Inc.

No. 50553.

June 8, 1970.

The application is denied. There appears no error of law in the judgment complained of.

236 So.2d 30

William C. O'NEILL

v.

D. H. HOLMES CO., Ltd.

No. 50559.

June 8, 1970.

Writ refused. There is no error of law in the judgment.